253 So.2d 68

Elverse J. SUIRE et al.

v.

PATIN'S TIRE SERVICE, INC., et al.

No. 51716.

Oct. 15, 1971.

In re: Patin Tire Service, Inc. and Security Insurance Company of Hartford, applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Vermilion. 251 So.2d 182.

Writ refused. We find no error of law in the judgment of the Court of Appeal.